UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-90778 |
| Chemical Exchange Industries, Inc., *et al*[1] | § | |
| | § | Chapter |
| Debtor. | § | |

UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES, UNITED STATES BANKRUPTCY JUDGE:

    Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Member | Member Representative |
|---|---|
| CB Technologies, Inc.<br>770 The City Dr S, Suite 5300<br>Orange, CA 92868 | Rachel Nelson<br>(714) 573-7733<br>rachel.nelson@cbtechinc.com |
| Radiographic Specialists, Inc.<br>4110 Mohawk St<br>Houston, TX 77093 | Trey Williams<br>(361) 433-8440<br>twilliams@rsindt.com |
| O'Day Instruments LLC<br>P.O. Box 396<br>Schulenburg, Texas 78956 | J.M. "Mike" O'Day<br>(409) 770-3865<br>mike@odayinst.com |
| Anahuac Transport<br>3095 FM 1724<br>Anahuac, Texas 77514 | Brant Charpiot<br>Phone: 409-926-3011<br>Brant@anahuactransport.com |
| Covenant Technology Services LLC<br>820 Gessner Rd, Suite 625<br>Houston, TX 77024 | Sharleen Walkoviak<br>713-253-8135<br>Swalkoviak@covenant.com |

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal tax identification number, are: Chemical Exchange Industries, Inc. (3753); Texmark Chemicals, Inc. (3757); Texmark Properties, Inc. (4025); CXI Solvents, LP (7514); and CXIS Management, LLC (5882). The Debtors' Utility Service address is 900 Clinton Drive, Galena Park, Texas 77547

Date: September 30, 2023                     Respectfully Submitted,

                                                                          KEVIN M. EPSTEIN
                                                                          UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
    Vianey Garza, Trial Attorney
    Tex. Bar No. 24083057/Fed. ID No. 1812278
    515 Rusk, Suite 3516
    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
    Email: Vianey.Garza@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on September 30, 2023 a copy of the foregoing was served by electronic means on all PACER participants.

                                                                         */s/ Vianey Garza*
                                                                       Vianey Garza, Trial Attorney